FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 3 0 2016

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| JAMES D. FRALEY, III | 1:16-CR-231 |

I, JAMES D. FRALEY, III, the above named defendant, who is accused of conspiring to commit mail fraud and wire fraud, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 30, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JAMES D. FRALEY, III
Defendant

_____
STUART M. MONES
Counsel for Defendant

Before _____
Judicial Officer