**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  06 Min

Filed in Open Court:  Date: 6/30/16   Time: 10:00 am   Tape: FTR GOLD

Magistrate (presiding): __JANET F. KING__    Deputy Clerk: __K. THORNTON__

| | |
|---|---|
| Case Number: 1:16-cr-231 | Defendant's Name: James D. Fraley, III |
| AUSA: Russell Phillips | Defendant's Attorney: Stuart Mones |
| USPO/PTR: | Type Counsel: (X) Retained  ( ) CJA  ( ) FPD  ( ) Waived |

____ ARREST DATE: _____

____ INTERPRETER: _____

**X**  INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT      Dft in custody? ( ) Yes    ( ) No

**X**  Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel.

____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

____ Dft to pay attorney fees as follows: _____

**X**  INFORMATION/COMPLAINT filed.           **X**  WAIVER OF INDICTMENT filed.

**X**  Copy indictment/information given to dft? (X) Yes   ( ) No     Read to dft? ( ) Yes   ( ) No   ( ) Prior to Hrg

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

____ ARRAIGNMENT HELD.  ( ) Superseding indictment / information    ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft

____ Dft failed to appear for arraignment.       Bench warrant issued _____

____ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute, NOT GUILTY plea entered. ( ) Waiver of appearance form.)

____ MOTION TO CHANGE PLEA, and order allowing same.

**X**  ASSIGNED TO JUDGE   Amy Totenberg   for ( ) trial   (X) arraignment/sentence.

____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

____ Estimated trial time: ____ days.    ( ) SHORT    ( ) MEDIUM    ( ) LONG

**X**  **SEE PAGE 2**

\_\_\_\_  DETENTION Hearing held                 _____  at  _____

\_\_\_\_  Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

\_\_\_\_  Defendant DETAINED

\_\_\_\_  Government MOTION FOR DETENTION ( ) GRANTED   (X) DENIED   ( ) WITHDRAWN

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

\_\_\_\_  HEARING HELD on motion for reduction / modification of bond.

\_\_\_\_  Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

  X    BOND SET at   Person Recognizance

\_\_\_\_  Non-surety

\_\_\_\_  Surety   ( ) Cash    ( ) Property    ( ) Corporate surety ONLY

\_\_\_\_  SPECIAL CONDITIONS:  _____

  X    Bond filed; defendant released.

\_\_\_\_  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:**  _____

**SENTENCE:**  _____