# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00231-AT
### USA v. Fraley
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/02/2016.

TIME COURT COMMENCED: 11:33 A.M.
TIME COURT CONCLUDED: 12:14 P.M.     COURT REPORTER: Jana Colter
TIME IN COURT: 00:41                 DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]James D. Fraley, III Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen McClain representing USA<br>Stuart Mones representing James D. Fraley<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing |
| MINUTE TEXT: | After questioning the sworn defendant, the Court determined he was entering his plea of guilty to Count 6 of the Indictment freely, knowingly, and voluntarily. Sentencing was set for November 15, 2016 at 10:30 AM. The Court directed the parties to file sentencing memoranda no later than 3 business days prior to the sentencing hearing. |