# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cr-00231-RWS
### USA v. Fraley
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 10/30/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | COURT REPORTER: Keisha Crump |
| TIME COURT CONCLUDED: 12:10 P.M. | USPO: Dana Johnson |
| TIME IN COURT: 1:10 | DEPUTY CLERK: Stacey Kemp |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]James D. Fraley, III Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen McClain representing USA<br>Stuart Mones representing James D. Fraley<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[24]Motion for Downward Departure GRANTED |
| MINUTE TEXT: | Defendant came before the Court for Sentencing. Sentence: 3 years probation with the first 8 months to be served on home confinement with no electronic devices; $100.00 Special Assessment; Restitution $476,960.95 with $320,479.52 being Joint & Several with James Maloney, 1:16-cr-237-01-RWS. Right of Appeal explained. No objections to the sentence imposed. |
| HEARING STATUS: | Hearing Concluded |