UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         PLAINTIFF,                     )<br>                                                  )<br>V.                                              ) CASE NO. 1:16-CR-231-AT<br>                                                  )<br>JAMES D. FRALEY, III,              )<br>         DEFENDANT.                 )<br>_____) | |

**UNOPPOSED MOTION TO MODIFY SENTENCE**

Comes now Defendant James Fraley, by and through counsel of record, and files this request to modify the conditions of his sentence to allow him to take an out of state, but still domestic, vacation with his family. In support of this motion, the Defendant shows this Honorable Court the following:

1. As part of Defendant's sentence, this Court ordered that Defendant be restricted to his residence at all times except for employment, education; religious activities…other activities pre-approved by the probation officer.

2. Mr. Fraley has complied with all of the terms and conditions of his sentence to date.

3. Mr. Fraley submitted an advanced request for permission to go on vacation with his family to probation at the end of March.

4. Due to the nature of his sentence, his probation officer was of the opinion that the Court would need to grant permission for Mr. Fraley to be allowed to go.

5. Therefore, Mr. Fraley respectfully asks this Court to grant him permission to go on a vacation with his family from March 30, 2024 and returning April 5, 2024 to 78 Beach Retreat Place, Miramar Beach, Florida 32550.

6. The undersigned has consulted with AUSA Russell Phillips and the Government does not oppose this motion.

Respectfully requested this 6th day of February, 2024.

                                                    Respectfully submitted,

                                                    *s/*Stuart M. Mones
                                                    STUART M. MONES
                                                    GA Bar No. 760737
                                                    Attorney for James Fraley

191 Peachtree Street, NE
Suite 3950
Atlanta, Georgia 30303
T: 404.522.7402
F: 404.393.5563
smm@moneslaw.com

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this day served upon all counsel of record a true and correct copy of the foregoing Motion to Consent Modify Defendant's Sentencing by electronic filing through the Court's CM/ECF system.

Dated this 1st day of November, 2016.

                                              *s/*Stuart M. Mones
                                              STUART M. MONES