IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-231-RWS |
| JAMES D. FRALEY, III, | |
| Defendant. | |

## ORDER

This case comes before the Court on the unopposed motion of Defendant James D. Fraley, III, requesting a temporary modification of his conditions of supervision.[1] Specifically, Mr. Fraley seeks leave of the Court to travel out-of-state for a family vacation in March 2024. With the Government's consent, the Court approves of Mr. Fraley's request as long as his proposed travel comports with the requirements of the U.S. Probation Department and his supervising probation officer.

---

[1] As part of Defendant's sentence, this Court ordered that Defendant serve the first 8 months of his 3-year term of probation on home confinement, meaning that Mr. Fraley is presently restricted to his residence at all times except for employment, education; religious activities…other activities pre-approved by the probation officer. [Dkt. 27 – 11/1/23 Judgment & Commitment Order at 2].

Accordingly, the Defendant's Unopposed Motion to (Temporarily) Modify [Dkt. 29] the terms and conditions of his home confinement period is **GRANTED**.

**SO ORDERED** this 7th day of February, 2024.

_____
**RICHARD W. STORY**
United States District Judge