IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2024

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | :  |
| | : CRIMINAL ACTION |
| v. | : NO: 1:16-CR-231-01-RWS |
| | : |
| JAMES D. FRALEY III, | : |
| Defendant, | : |
| and | : |
| | : |
| WELLS FARGO BANK, NA., | : |
| Garnishee. | : |

**APPLICATION FOR WRIT OF GARNISHMENT**

The United States of America, by and through the United States Attorney for the Northern District of Georgia and the undersigned Assistant United States Attorney, respectfully applies to the Clerk of Court for the Northern District of Georgia for issuance of a Writ of Garnishment pursuant to 28 U.S.C. § 3205(b)(1) upon the judgment entered against Defendant, James D. Fraley III, whose social security number is xxx-xx-4622 (hereinafter referred to as "judgment debtor" or the "Defendant"), whose last known address[1] is in Canton, GA.

---

[1] Pursuant to Fed. R. Crim. P. 49.1, Defendant's social security number has been redacted to the last four digits and Defendant's home address has been redacted to the city and state to prevent public disclosure. Upon request of the Court, the full social security number and address will be provided in camera.

1

1.   A judgment in the amount of $476,579.95, plus costs and post-judgment interest at the rate of 5.350% compounded annually, was entered against the Defendant on October 30, 2023. As of March 21, 2024, the judgment balance is $232,760.40.

2.   Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application and Defendant has failed to satisfy the debt.

3.   Upon information and belief, the below listed garnishee (the "Garnishee") is believed to owe or will owe, or is in possession of, money, property to the Defendant, or is in possession of property of the Defendant. Said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee is:

Wells Fargo Bank, NA
40 Technology Parkway South – Suite 300
Norcross, GA. 30092

4.   The United States will serve the Garnishee and Defendant with a copy of the Writ of Garnishment and shall certify effectuation of service of process to the Court. The Writ of Garnishment will be accompanied by (a) instruction to the Garnishee of the requirements to submit a written Answer; and (b) instructions to

the Defendant for objecting to the Garnishee's Answer and obtaining a hearing on the objections (attached hereto).

WHEREFORE, the United States requests that the clerk issue a Writ of Garnishment to Garnishee.

Dated this 21st day of March 2024.

> RYAN K. BUCHANAN
> UNITED STATES ATTORNEY
>
> *Vivieon K. Jones*
> VIVIEON K. JONES
> Assistant United States Attorney
> Georgia Bar No. 143033
> 600 U.S. Courthouse
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia 30303
> 404-581-6350
> 404-581-6167 Fax
> vivieon.jones@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1B and 7.1D, that the foregoing was typed using 13-point Book Antiqua font.

*Vivieon K. Jones*
VIVIEON K. JONES
Assistant United States Attorney