IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CRIMINAL ACTION |
| v. : | NO: 1:16-CR-231-01-RWS |
| : | |
| JAMES D. FRALEY, III., : | |
| : | |
| Defendant, : | |

SATISFACTION OF CRIMINAL MONETARY PENALTIES
AS TO JAMES D. FRALEY III

As James D. Fraley has satisfied the criminal monetary penalty portion of the judgment in the above-captioned case, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

Respectfully submitted,
RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Vivieon K. Jones*
VIVIEON K. JONES
Assistant United States Attorney
Georgia Bar No. 143033
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Ph.: 404-581-6350
Fax: 404-581-6167
vivieon.jones@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Satisfaction of Monetary Portion of Judgment for James D. Fraley III only with the Clerk of Court using the CM/ECF system and that I have served the Defendant at his address of record by depositing a copy of the same in the United States mail, postage pre-paid.

This 17th day of April, 2024.

/s/ *Vivieon K. Jones*
VIVIEON K. JONES
Assistant United States Attorney
Georgia Bar No. 143033
vivieon.jones@usdoj.gov