IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-231-RWS |
| JAMES D. FRALEY, III, | |
| Defendant. | |

# ORDER

This case is before the Court on the Unopposed Motion [Dkt. 35] of Defendant James D. Fraley, III, requesting a modification of his conditions of supervision.[1]  Specifically, Mr. Fraley seeks leave of the Court to 1) travel out-of-state for a family event May 12, 2024 through May 14, 2024; and 2) to be permitted to incur new credit charges, or open additional lines of credit without the

---

[1] As part of Defendant's sentence, this Court ordered that Defendant serve the first 8 months of his 3-year term of probation on home confinement, meaning that Mr. Fraley is presently restricted to his residence at all times except for employment, education; religious activities…other activities pre-approved by the probation officer.  [Dkt. 27 – 11/1/23 Judgment & Commitment Order at 2].

permission of his supervising probation officer.[2] With the Government's consent, the Court approves of Mr. Fraley's request.

Accordingly, the Defendant's Unopposed Motion to Modify [Dkt. 35] the terms and conditions of supervision is **GRANTED**.

**SO ORDERED** this 22nd day of April, 2024.

_____
**RICHARD W. STORY**
United States District Judge

---

[2] On April 17, 2024, the Government filed a Notice of Satisfaction of Criminal Monetary Penalties. [Dkt. 36].