# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-231-RWS |
| JAMES D. FRALEY, III, | |
| Defendant. | |

## ORDER

This case comes before the Court on Defendant James D. Fraley, III's Motion for Early Termination of Probation [Dkt. 41], filed November 20, 2024. The Government opposes Defendant's Motion.

Given the nature and circumstances of this offense, the significant benefit of the negotiated plea, and the downward variance from the advisory U.S. Sentencing Guideline custody range, the Court finds that early termination of supervision is not appropriate in this case.

It is hereby **ORDERED** that the Defendant's Motion [Dkt. 41] is **DENIED**.

**SO ORDERED** this 2nd day of December, 2024.

_____
**RICHARD W. STORY**
United States District Judge