IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES D. FRALEY, III,<br><br>Defendant. | Criminal Action No.<br><br>1:16-cr-231-RWS |

## ORDER

This case comes before the Court on Defendant James D. Fraley, III's Unopposed Motion to Modify Conditions of Supervision [Dkt. 44 -- Motion]. Fraley requests the ability to travel out-of-district for a family trip from March 8, 2025 through March 15, 2025 [Motion, ¶ 4]. The U.S. Attorney's Office does not oppose this request [Motion, ¶ 5].

For the reasons set forth in the Motion, and based upon Fraley's compliance to date [Motion, ¶¶ 1-3], the Court will permit this travel request, subject to any special requirements of U.S. Probation. Accordingly, Fraley's conditions of supervision are hereby modified to allow him to travel internationally on the above-referenced dates.

It is hereby **ORDERED** that the Defendant's Motion to Modify Conditions of Supervision [Dkt. 44] is **GRANTED**.

**SO ORDERED** this 3rd day of March, 2025.

_____
**RICHARD W. STORY**
United States District Judge