**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:16-cr-00231-RWS |
| DEFENDANT | TYPE OF PROCESS |
| JAMES FRALEY | Deposit/ Restoration |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Real Property known as 126 Artie Lane, Rossville, GA 30741
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 23 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Sekret T. Sneed<br>Assistant United States Attorney<br>75 Ted Turner Drive SW, STE 600<br>Atlanta, GA 30303 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please deposit proceeds following the sale of the real property known as 126 Artie Lane, Rossville, GA 30741 into the Asset Forfeiture Fund and hold for restitution.

16-FBI-004130

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (404)-581-6000
DATE: 5/16/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No 19 | No 19 | | 5/17/24 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 4/22/25   Time: 7:49 [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Restitution payment completed

Form USM-285
Rev 03/21