**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 1:16-cr-00231-RWS |
| **DEFENDANT** JAMES FRALEY | **TYPE OF PROCESS** Deposit/ Restoration |

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Real property known as 2271 Johnson Road, Chickamauga, Georgia 30707,

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 23 2025
KEVIN P. WEIMER, Clerk
Deputy Clerk

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Sekret T. Sneed
Assistant United States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on USA

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please release and hold the net proceeds from the sale of the real property located at 2271 Johnson Road, Chickamauga, Georgia 30707 into the Asset Forfeiture Fund and hold for restitution.

16-FBI-004145

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

*Sekret T. Sneed*

TELEPHONE NUMBER: (404)-581-6000
DATE: 5/16/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 3
District of Origin No. 19
District to Serve No. 19

Signature of Authorized USMS Deputy or Clerk
Date: 5/17/24

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Address *(complete only if different than shown above)*

Date: 4/23/25
Time: 7:57 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Restitution payment made

Form USM-285
Rev 03/21