IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES D. FRALEY, III,<br><br>Defendant. | Criminal Action No.<br><br>1:16-cr-231-RWS |

### ORDER

This case comes before the Court on the unopposed motion [Dkt. 54] of Defendant James D. Fraley, III, requesting modification of the terms and conditions of supervision, namely, authorization for out-of-district, international travel. Mr. Fraley seeks to travel to Panama City, Panama, on August 19, 2025 and return August 26, 2025 [Motion, ¶ 4]. With the Government's consent [Motion, ¶ 5], the Court approves of Mr. Fraley's request as long as his proposed travel comports with the requirements of the U.S. Probation Department and his supervising probation officer.

Accordingly, it is hereby **ORDERED** that Mr. Fraley's Unopposed Motion to Modify [Dkt. 54] the terms and conditions of supervision is **GRANTED**.

**SO ORDERED** this 13th day of August, 2025.

_____
**RICHARD W. STORY**
United States District Judge