**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **V.** | ) **CASE NO. 1:16-CR-231-AT** |
| | ) |
| **JAMES D. FRALEY, III,** | ) |
| **DEFENDANT.** | ) |
| | ) |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF THE DISTRICT

Comes now Defendant James Fraley, by and through counsel of record, and files this request to modify the conditions of his sentence to allow him: 1) to take an out of district, international, family trip to celebrate his daughter's graduation from graduate school.  In support of this motion, the Defendant shows this Honorable Court the following:

1. Defendant has completed the house arrest portion of his sentence without incident.

2. Mr. Fraley has complied with all of the terms and conditions of his sentence to date.

3. Mr. Fraley has paid the entire balance of restitution, $476,479.95, which includes $320,479.95 to be paid jointly and severally with James Maloney, who contributed nothing.

4. Therefore, Mr. Fraley respectfully asks this Court to grant him permission to travel on June 5, 2026 to Italy where he and his family will vacation together and then return to the district June 22, 2026.

5. The undersigned has consulted with AUSA McClain and the Government does not oppose this motion.

Respectfully requested this 26th day of February, 2026.

Respectfully submitted,

*s/*Stuart M. Mones
STUART M. MONES
GA Bar No. 760737
Attorney for James Fraley

191 Peachtree Street, NE
Suite 3950
Atlanta, Georgia 30303
T: 404.522.7402
F: 404.393.5563
smm@moneslaw.com

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that I have this day served upon all counsel of record a true and correct copy of the foregoing Motion to Unopposed Motion to Travel by electronic filing through the Court's CM/ECF system.

Dated this 26th day of February, 2026.

*s/*Stuart M. Mones
STUART M. MONES