# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:16-cr-231-RWS |
| JAMES D. FRALEY, III, | |
| Defendant. | |

## ORDER

This case comes before the Court on the unopposed Motion [Dkt. 59] of Defendant James D. Fraley, III, requesting modification of the terms and conditions of supervision, namely, authorization for out-of-district, international travel. Mr. Fraley plans to take a family trip to Italy from June 5, 2026 to June 22, 2026 [Motion, ¶ 4]. With the Government's consent [Motion, ¶ 5], the Court approves of Mr. Fraley's request as long as his proposed travel comports with the requirements of the U.S. Probation Department and his supervising probation officer.

Accordingly, it is hereby **ORDERED** that Mr. Fraley's Unopposed Motion to Travel Outside of the District [Dkt. 59] is **GRANTED**.

**SO ORDERED** this 16th day of March, 2026.

_____

**RICHARD W. STORY**
United States District Judge